IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

James Germalic,
    Plaintiff.

v.

Secretary of State John Husted,
    Defendant.

Case No. 2:12-cv-0976

JUDGE MICHAEL H. WATSON

Magistrate Judge Kemp

---

Response to Order to provide either an Affidavit or a declaration under penalty of perjury regarding financial situation.

---

Either the Court believes me or it doesn't.

There is a whole area I do not enter into. Both because it's unscriptural and it's unconstitutional.

The Book of James, which happens to be my name, states . . .

> But above all, my brothers, do not swear, either by heaven or by earth or with any other oath, but let your "Yes" mean Yes and your "No" mean No, that you may not incur condemnation. (James 5:12)

Therefore, in a court of law I take a simple affirmation of truth! Since nothing backs it up but my word, which the court seems to accept, why deviate here and "on penalty of perjury" swear it's the truth.

You're putting a legal burden (and as the last word of the scripture from James says: condemnation) on the person that is too big to bear in relation to the matter at hand.

The whole area of Power of Attorney, perjury and oaths I do not go into.

-1-

<u>Power of Attorney</u>:  It clearly goes against the scripture . . .

> While breath of life is still in you,
> let no one take power over you.
> (Sirach 33:21)

<u>Oaths</u>:   The Book of James (James 5:12) very clearly tells you not to take oaths.

Something as fluctuating as money I don't believe it's right to make someone swear under penalty of perjury. Lawyers and accountants may have an exactitude in financial matters. With me, it could be a mistake. I won't jeopardize myself legally and morally with matters I am no expert in.

For example, the house is worth $82,000. Everybody has a house to live in. (Almost everybody) But as a matter of fact, most of the time I don't live there. My 95-year-old mother and her caretaker live there. But it happened that he had a severe emergency hernia operation and I have to stay there awhile as he cannot lift more than 10 lbs.

So I own the house, but don't usually live in it except now. Also, I didn't buy the house with money. It was given to me by my aunt when she died. So, except for upkeep and paying the taxes, I didn't put any money into purchasing it.

And a house shouldn't count against you, for everyone needs a house to live in, except me, though I happen to be living there now.

It's such unclarity. You expect me to declare under penalty of perjury, yet, it's all true as I stated.

I have the use of two vans. One is undrivable for there is something wrong with it (undetermined at the moment, but it doesn't seem safe). The other is 12 years old and couldn't be worth more than $500.

-2-

Therefore, my assets are an $82,000 house, which I do own but don't live in. Two vans which I don't own but have the use of.

Other than that I have a Social Security check of $560.00 per month.

My total bank savings are $827.00.

    First Merit: $60.00

    Charter One: $120.00, two savings and one checking account

    Chase: $617.00

    Ohio Savings: 0

The statement: "Mr. Germalic has valuable assets" seems strange. It seems to imply I should sell my $82,000 house to pay the filing fee. The vans are not valuable to anybody but me and could be classified as junk.

What I do believe is this: if justice is the goal of law, it can't be an instrument of injustice. There are certain things I would not do, not because I am dishonest, but because they violate my conscience.

The courts do not make the Amish send their children to school over the 8th grade. Quakers do not have to bear arms. Certain groups do not have to sit on juries, probably because their religious beliefs do not allow the death penalty.

The Court cannot force Amish people to drive cars, nor me to use computers (electronically file.)

These religious convictions concerning right and wrong are what the nation is founded on. I won't violate my convictions in terms of taking Power of Attorney, oaths, using computers, or swearing (making an affidavit or swearing under penalty of perjury).

These are all unbiblical, unconstitutional and in fact, unnecessary And I won't use or take them.

-3-

I own a cell phone which costs money. Also, I pay car insurance.

The money I used to run for President came from an inheritance, which is used up.

I have expenses for the upkeep of the van that is running, probably in excess of $1,200 over the last year.

The vans are in my fiancee's name.

Both vans are 12 years old. One doesn't run well enough to drive. It could be a serious transmission problem.

So this is not a valuable asset.

The house is worth $82,000. The van is worth $500. The way the letter states it it is like I could have a $20,000 van:

> "Although the information provided by Mr. Germalic suggests he has valuable assets, including a home and two vehicles."

I am 70 years old and have Social Security of $560.00 per month.

The problem is everything we know of this country says we do not have to, on condition of swearing or saying under penalty of perjury, or taking oaths, or taking Power of Attorney, get a court case. We get a court case because it is our right.

Plus, the case is not moot. It is capable of repetition, yet evading review.

*James Germalic*
James Germalic

-4-

CERTIFICATE OF SERVICE

A true and complete and correct copy of the <u>Response to Order to provide either an Affidavit or a declaration under penalty of perjury regarding financial situation</u> has been sent via U.S. mail, postage prepaid, to the defendant:

Ohio Secretary of State John Husted
180 East Broad Street, Floor 16
Columbus, Ohio 43215

on __6__, __25__, 2013.

*James Germalic*
James Germalic
5615 Alber Ave.
Parma, Ohio 44129
(440) 886-5371